INDUSTRIAL RAYON CORPORATION v. TUBIZE CHATILLON CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 721.] Motion for a reargument denied. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

MARTIN ROTHSCHILD v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 827.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## (June 23, 1938.)

EAST RIVER SAVINGS BANK, Respondent, v. 671 PROSPECT AVENUE HOLDING CORPORATION and Others, Defendants, Impleaded with GUSSIE HUTT, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and deny motion for summary judgment, on the ground that the issue as to whether the personal property in dispute is subject to the mortgage lien is one of fact which must await determination upon the trial of the action. (*Manufacturers Trust Company* v. *Peck-Schwartz Realty Corporation*, 277 N. Y. 283; *Brooklyn Savings Bank* v. *Ann-Gold Realty Corporation*, 243 App. Div. 703; *New York Title Co.* v. *Menreal Corp.*, 242 id. 711; *Prudential Insurance Co.* v. *Sanford Real Estate Corp.*, 246 id. 567.)